UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Davi Kane,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.: _____ |

# COMPLAINT

Plaintiff, Davi Kane, says by way of Complaint against Defendant, Synchrony Bank f/k/a GE Capital Retail Bank, as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. The Plaintiff, Davi Kane ("Plaintiff"), is an adult individual residing in Linwood, New Jersey, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant Synchrony Bank f/k/a GE Capital Retail Bank ("Synchrony"), is a California business entity with an address of 170 West Election Road, Suite 125, Draper, Utah 84020, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual employees and/or agents employed by Synchrony and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Synchrony at all times acted by and through one or more of the Agents.

## FACTS

7. In or around early 2015, Synchrony started calling Plaintiff's cellular telephone, number 609-xxx-9374, in an attempt to collect a consumer debt allegedly owed by Plaintiff.

8. At all times mentioned herein, Synchrony contacted Plaintiff using an automated telephone dialer system ("ATDS" or "predictive dialer") and/or by using an artificial or prerecorded voice.

9. When Plaintiff answered Synchrony's calls, she heard a prerecorded message instructing Plaintiff to hold for the next available representative.

10. During a live conversation in March 3015, Plaintiff demanded that all calls to her cease immediately.

11. Nonetheless, Synchrony continued to place automated calls to Plaintiff's cellular telephone.

## COUNT I

## VIOLATIONS OF THE TCPA –47 U.S.C. § 227, *ET SEQ.*

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein and within the last four years, Defendants called Plaintiff on her cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

14. Defendants continued to place automated calls to Plaintiff's cellular telephone after being directed by Plaintiff to cease calling and knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

15. The telephone number called by Defendants was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

16. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. Each of the aforementioned calls made by Defendants constitutes a violation of the TCPA.

18. Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

19. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendants:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

C. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: September 21, 2016

                                      Respectfully submitted,

                                      By: <u>/s/ Sofia Balile</u>

                                      Sofia Balile, Esq.
                                      Lemberg Law, LLC
                                      43 Danbury Road
                                      Wilton, CT 06897
                                      Phone: (917) 981-0849
                                      Fax:    (888) 953-6237